UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WARD,

    Petitioner,

                                            No.   03-72701

v.                                            Honorable Arthur J. Tarnow

HUGH WOLFENBARGER,

    Respondent.
_____/

## Order Declaring Petitioner's Motion to Vacate/Strike Respondent's Notice of Appeal [38-1] as Moot

On September 2, 2004, the Petitioner filed a motion to vacate/strike Respondent's Notice of Appeal [Docket 38-1].  On June 1, 2005, the United States Court of Appeals for the Sixth Circuit granted Respondent's motion to voluntarily dismiss the appeal.  Therefore,

IT IS ORDERED that Petitioner's motion to vacate/strike the notice of appeal [Docket 38-1] is **MOOT**.

                                                      s/Arthur J. Tarnow
                                                      Arthur J. Tarnow
                                                      United States District Judge

Dated:  August 23, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 23, 2005, by electronic and/or ordinary mail.

                                                      s/Catherine A. Pickles
                                                    Case Manager