UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CHARLES WARD, #128267

       Petitioner,

v.

       CASE NO. 03-cv-727701/72858-DT
       HONORABLE ARTHUR J. TARNOW
       UNITED STATES DISTRICT JUDGE

HUGH WOLFENBARGER, Warden,

       Respondent.
_____/

## AFFIDAVIT OF DIANA JUDGE

I, Diana Judge, being first duly sworn, depose and state as follows.

1. That I am the Records Administrator for the Michigan Department of Corrections.

2. That, pursuant to a request from John S. Pallas, Assistant Attorney General, I was directed to review the Michigan Department of Corrections records for Michael Charles Ward, Prisoner # 128267, to determine if any references remained to the prisoner's convictions for possession of marijuana and possession of LSD from 1971.

3. That the Records Administration staff spent approximately 100 hours reviewing all of Petitioner's Michigan Department of Corrections files over which I have authority beginning approximately on November 22, 2011, and ending on approximately February 23, 2012.

4. The files reviewed include the prisoner's Central Office file, his Record Office File, his Counselor file, his Audit file, his Education file and his Medical file.

5. The sum total of files reviewed stood approximately six (6) feet high.

6. That Records Administration staff conducted a systematic and thorough review of these files.

7. That any references in these records to the prisoner's expunged 1971 convictions that were observed during this review were redacted using a black felt-tip pen.

**Exhibit to Amended Answer to Petitioner's Renewed
Request for Enforcement of the Writ of Habeas Corpus**

8. It is my good-faith belief, based on the review completed on February 23, 2012, that there are no longer any references to the prisoner's expunged 1971 convictions in the above-named files.

*/s/ Diana Judge*
Diana Judge
Records Administrator
Michigan Department of Corrections

CALLEEN D. CAVENDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF JACKSON
MY COMMISSION EXPIRES Aug 3, 2013
ACTING IN COUNTY OF

STATE OF MICHIGAN  )
                   )ss
COUNTY OF INGHAM   )

Subscribed and sworn to before me this 5th day of March, 2012.

*/s/ Calleen D. Cavender*
Notary Public
Jackson County, Michigan
My commission expires: 8/3/13

**Exhibit to Amended Answer to Petitioner's Renewed Request for Enforcement of the Writ of Habeas Corpus**