UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CHARLES WARD, #128267

        Petitioner,

v.

        CASE NO. 03-cv-727701/72858-DT
        HONORABLE ARTHUR J. TARNOW
        UNITED STATES DISTRICT JUDGE

HUGH WOLFENBARGER, Warden,

        Respondent.
_____/

## AFFIDAVIT OF LINDA C. WITTMANN

I, Linda C. Wittmann, being first duly sworn, depose and state as follows.

1. That I am the Manager of the Litigation Section of the Office of Legal Affairs for the Michigan Department of Corrections.

2. That, pursuant to a request from John S. Pallas, Assistant Attorney General, I was directed to review an attachment to a pleading filed by Michael Charles Ward, Prisoner # 128267, in this matter on June 26, 2012, to assess its authenticity and to determine how information concerning the prisoner's 1971 drug convictions appeared on the attachment, despite the redaction of the prisoner's records in compliance with this Court's orders.

3. That I have determined that the document is authentic and that it was generated through MDOC's Offender Management Network Information (OMNI) system.

4. That I determined that the document, entitled "Proof of Incarceration" was generated pursuant to a request ("kite") from prisoner Ward at the Carson City Correctional Facility where he is currently incarcerated.

5. In recreating the steps taken to generate the "Proof of Incarceration" letter at issue here using the OMNI system, I noted that, before the final step is taken to generate the letter, a window appears on the screen that states: "The information for this offender may contain data that cannot be disclosed to the public. Please review the offender's Legal Order records prior to releasing any information." Exhibit A depicts how this process works by incorporating computer screen shots.

# ATTACHMENT

6. It is incumbent upon the staff person generating the letter to review the applicable legal orders and to manually remove any information that should not appear on the final generated letter concerning the prisoner's incarceration.

7. Because there is a reference to prisoner Ward's 1971 drug convictions on the letter, the staff person generating the letter apparently misunderstood the warning screen or the impact of the legal orders concerning those convictions.

8. To prevent this unintentional error from occurring in the future, MDOC Records Administrator Diana Judge, has requested the department's IT partners to reprogram the OMNI database so that non-public information concerning an inmate, that remains in the database for the sole purpose of establishing a historical record, cannot be pulled in generating "Proof of Incarceration" letters or other similar documents.

9. The Carson City Correctional Facility, where prisoner Ward is currently serving his sentence, does not retain copies of "proof of incarceration" letters generated by OMNI in any of its files concerning a prisoner.

10. Information concerning Ward's 1971 convictions is maintained in the OMNI database for historical purposes only, and is not part of any public database. Databases that are accessible to members of the public, such as MDOC's "Offender Tracking Information System" do not contain any references to prisoner Ward's 1971 convictions. See Exhibit B.

11. Based on my inquiries, the historical information contained in the OMNI system is not used or considered by the Michigan Parole Board. Rather, the OMNI screen generated for Parole Board use only shows a prisoner's current sentences and prior Parole Board actions. This OMNI screen generated for the Parole Board will not show expired or expunged convictions and sentences.

**ATTACHMENT**

12. That, if deemed necessary, I can testify as to the facts and processes detailed above.

*Linda C. Wittmann*

Linda C. Wittmann, Manager
Litigation Section
Office of Legal Affairs
Michigan Department of Corrections

STATE OF MICHIGAN   )
                   )ss
COUNTY OF INGHAM    )

Subscribed and sworn to before me this 29th day of June, 2012.

*Coral L. Saunto*
Notary Public
Ingham County, Michigan
My commission expires: 6/9/2016

CORAL L. SAUNTO
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF INGHAM
My Commission Expires JUNE 4, 2016

# ATTACHMENT

Click on Reports Module and Reception Center Report Submodule



Search for offender and click "ok".



**EXHIBIT A TO ATTACHMENT**

Reports that have been created pop up.



Select "New" and on 128267 Ward, a warning pops up.  Click "OK".



.

**EXHIBIT A TO ATTACHMENT**

Select "Verification of Incarceration Letter" and Click "OK". Print the requested number of copies on Watermark Paper



Click Close and OMNI asks if you'd like to save the Report, click "no" and the report closes.



**EXHIBIT A TO ATTACHMENT**



**EXHIBIT B TO ATTACHMENT**