UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CHARLES WARD,

    Petitioner,                                        Civil Nos. 03-CV-72701/72858-DT
                                                        HONORABLE ARTHUR J. TARNOW
v.                                                      UNITED STATES DISTRICT JUDGE

HUGH WOLFENBARGER,

    Respondent,
_____/

## OPINION AND ORDER CONSOLIDATING THE HABEAS PETITIONS

On July 14, 2014, this case was remanded by the United States Court of Appeals from the Sixth Circuit for a determination of whether petitioner's 1971 convictions, which this Court had ordered expunged, were still being used by the Michigan Department of Corrections (M.D.O.C.) to classify petitioner and to determine his parole eligibility on his 1981 conviction. The parties have yet to file supplemental pleadings. For the reasons stated below, the Court orders the consolidation of petitioner's two habeas cases.

Petitioner's two habeas petitions (Case # 03-72701-DT and # 03-72858-DT) raised identical claims. The Court had earlier consolidated these two cases prior to granting petitioner relief on his claims. Following remand from the Sixth Circuit, petitioner's two cases were opened separately by the Clerk of the Court.

1

In the interests of time and judicial economy, the Court will once again consolidate petitioner's two habeas applications into one action pursuant to Fed.R.Civ. P. 42. *See Bernal v. Helman,* 958 F. Supp. 349, 351-52 (N.D. Ill. 1997).

**IT IS HEREBY ORDERED** that Cases # 03-CV-72701 and # 03-72858 be consoidated into one action.

                                          s/Arthur J. Tarnow
                                          **HON. ARTHUR J. TARNOW**
                                          **UNITED STATES DISTRICT COURT**

DATED: February 10, 2016