# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MICHAEL WARD,

             Petitioner,

Case No. 03-72701

Hon. Arthur J. Tarnow

v.

HUGH WOLFENBARGER,

             Respondent.

_____/

**Exhibit JJ: Documents Re 06.20.17 Contraband Ticket at MRF**

MICHIGAN DEPARTMENT OF CORRECTIONS

**CLASS I MISCONDUCT HEARING REPORT**

5-27 b

CSJ-240B
Rev. 10/10

| Prisoner Number | Prisoner Name | | Facility Code | Lock | Violation Date |
|---|---|---|---|---|---|
| 128267 | **Ward** | | MRF | Seg | 06/20/2017 |

Charge(s)

**Smuggling; Possession of Dangerous Contraband**

| If Charge Changed by Hearing Officer | Plea |
|---|---|
| | ☐ Guilty     ☒ Not Guilty |

| Misconduct Report Read to and Discussed with Prisoner | ☒ (check if applies) | No Hearing Investigation Requested |
|---|---|---|
| Hearing Investigation Read to and Discussed with Prisoner | ☒ (check if applies) | ☐ (check if applies) |

### EVIDENCE/STATEMENTS IN ADDITION TO MISCONDUCT REPORT

Prisoner present misconduct report read aloud. Prisoner states he is not guilty.  He did not have any of these things. HI summary, 2 page questionnaire and 1 page response of Wysong read. 10 photos, Misconduct hearing report ,contraband removal 2 misconduct report dated 5.2.17, Property pack up.  Two page statement of Ward read aloud. Prisoner requests more time to prepare.  He states he would like the property sheet from ARF, contraband removal form and to view the typewriter to see if this is his typewriter.   Prisoner requests he be allowed to waive time limits to work with HI.   Hearing adjourned time limits waived. MS 6.28.17  Hearing reconvened. Prisoner provided a form dated 4.24.17 from LRF stating the typewriter was in good working condition  Ward states he has not had his typewriter since that date.

### REASONS FOR FINDINGS

45 Smuggling is "Bringing or attempting to bring an unauthorized item into or out of a correctional facility or a specialized area or unit within a facility such as segregation."
Per PD 03.03.105, Possession of Dangerous Contraband includes the unauthorized possession of a tattooing device.

In this case the chain of custody for the typewriter is not clear from 4.24.17.  It is clear since ARF prisoner did not have this typewriter.  The photos from a contraband ticket at ARF show the motor intact.  Since prisoner has not had the typewriter, it is unclear if the motor was attached at ARF or not, it appears that it was.  None the less, I am convinced this was the motor which belongs to the typewriter.  It has not been altered.  I am also not convinced the needles can be or were used for tattooing. Again prisoner states the typewriter has been altered and he did not place any of the items in the typewriter.  For those reasons, neither charge is sustained as too many questions come into place as to condition  of typewriter, and prisoners access to same.

### PROPERTY DISPOSITION (for contraband see PD 04.07.112)

Typewriter to be picked up at the facility.

### FINDINGS

| | | | | Reporting Code |
|---|---|---|---|---|
| Charge No. 1 | ☐ Guilty | ☒ Not Guilty | ☐ Dismissed | Reporting Code  <u>045</u> |
| Charge No. 2 | ☐ Guilty | ☒ Not Guilty | ☐ Dismissed | Reporting Code  <u>030</u> |
| Charge No. 3 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code  ___ |
| Charge No. 4 | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed | Reporting Code  ___ |

### DISPOSITION (select one or more) (Toplock & LOP Sanctions End at 6:00 am)

| | Begins | Ends | | |
|---|---|---|---|---|
| _____ Days of Detention | _____ | _____ | _____ Days Credit |
| _____ Days Top Lock | _____ | _____ | _____ Hours Extra Duty |
| _____ Days Loss of Privileges | _____ | _____ $ _____ Restitution |

| Misconduct Hearing Report personally handed to Prisoner by Hearing Officer on this date: _____ (Check if Applies) ☐ | Hearing Report given to Staff Member by Hearing Officer for Delivery to Prisoner this date: 8/2/2017 (Check if Applies) ☒ |
|---|---|
| Date of Hearing 08/01/2017 | Name of Staff Member   **Bridges** |

| Hearing Officer's Name | Hearing Officer's Signature | Date |
|---|---|---|
| M Szappan 0056 | M. Szappan | 08/02/2017 |

DISTRIBUTION  ☐ Record Office   ☐ Central Office File   ☐ Prisoner   ☐ Counselor File   ☐ Hearing Investigator

MICHIGAN DEPARTMENT OF CORRECTIONS
**MISCONDUCT REPORT**

CSJ-228
10/10   4835-3228

| Prisoner Number: 128267 | Prisoner Name: Ward | | Facility Code: MRF | Lock: 3-110B | Violation Date: 6/20/2017 |
|---|---|---|---|---|---|

| Time and Place of Violation: 1515 Hours  Typewriter and ribbon cartridges | Contraband Removal Record Provided to Prisoner? ☒ Yes  Date  6/20/2017   ☒ N/A |
|---|---|

Misconduct Class:  ☒   I ☐   II ☐   III ☐        Charge(s): Smuggling; Possession of Dangerous Countraband

Describe Violation  (If contraband involved, describe in detail; identify any other employee witnesses):
Prisoner Ward 128267 came in from Adrian Correctional Facility (ARF) on 5/23/2017. Ward's typewriter came in on 5/25/2017 as catch-up property and was NOI'd by ARF. I did a routine shakedown of prisoner Ward 128267 typewriter and ribbon cartridges. I noticed that all ( 37 ) cartridges had scotch tape on the sides of them as though it was holding the front and the back pieces together. The ribbon cartridges opened freely and I found 3 tattoo needles,several pieces of metal. Looking inside the boxes the cartridges came in I found 2 tweezers. I looked at his typwriter and found a tattoo motor. Ward did not have have authorization to bring the items into a secure facility or to possess the items. All Items were photographed and placed in the MCF Contraband Locker. Ward was idenitified by his OTIS Face Sheet

| Reporting Staff Member's Name (Print) C/O  T. Wysong | Reporting Staff Member's Signature C/O  Wysong | Date and Time Written  1700  tw 6/20/2017   1900 Hours |
|---|---|---|

**REVIEW**

Location/Verification/Condition of Evidence:

Elevated to Class I at review:  ☒ No ☐ Yes    If "yes", explain reason:

**COMPLETE THIS SECTION ONLY FOR REVIEW OF CLASS I MISCONDUCT**

Status Pending Hearing: ☐ Bond   ☐ Segregation   ☐ Confinement to Cell/Room   ☐ Other
Reason if Non-Bond: ☐ Non-Bond List   ☒ Bond Revoked (must give reason) AUTO  NON-BOND

| Date and Time Given this Status: | Who Notified in Housing Unit of Status: |
|---|---|
| Hearing Investigator Requested? ☐ No ☒ Yes | Witnesses Requested? ☐ No ☒ Yes  If yes, list: |
| Relevant Documents Requested? ☐ No ☒ Yes  If yes, list: Will Call C/O T.I. | |

| Additional Comments: | Prisoner Waives 24 Hour Notice of Hearing? ☐ No ☒ Yes  Hearing Date: 06.21.17 |
|---|---|

| Reviewing Officer's Name (Print) SGT Dunbar | Reviewing Officer's Signature Sgt Dun | Review Date and Time 06-20-17  1734 |
|---|---|---|

I have received a copy of this report.  My signature does not necessarily mean that I agree with the report.
☒ Prisoner refused to sign.  Copy given to prisoner.

| Prisoner's Signature BEHIND LOCKODOOR (COPY GIVEN) | Date |
|---|---|

**WAIVER OF CLASS II OR III HEARING**

I understand I have a right to a hearing. I waive my right to a hearing and plead guilty to all charges. I also waive my right to appeal and accept the sanctions imposed.

| Prisoner's Signature | Date |
|---|---|

**SANCTIONS IMPOSED** (Hearing Investigator enters begin and end dates for Class II misconducts)

| ___ Days Toplock | Begins: ___ | Ends: ___ | ☐ Counseling/Reprimand (Class III only) |
|---|---|---|---|
| ___ Days Loss of Privileges | Begins: ___ | Ends: ___ | ☐ $ ___ Restitution (Class II only) |
| ___ Hours Extra Duty | Begins: ___ | Ends: ___ | |

Property Disposition If Applicable:

| Employee Accepting Plea and Imposing Sanction (Print) | Employee's Signature | Date |
|---|---|---|

| Hearing Investigator's Name (Print) | Hearing Investigator's Signature | Date |
|---|---|---|

Distribution:  Prisoner; Counselor File; Record Office File (Class I and II); Central Office File (Class I); Hearing Investigator (Class I & Class II)





WARD
PRISONER NAME

3-110-B
LOCK LOCATION

1515
TIME FOUND

IN TYPEWRITER AND RIBBON CARTRIDGES
LOCATION FOUND

C/O WYSONG
FOUND BY

128267
M.D.O.C. NUMBER

06/20/17
DATE FOUND ON



MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-282
REV. 06/06
4835-3282

## NOTICE OF INTENT TO CONDUCT AN ADMINISTRATIVE HEARING

| Prisoner Number: | Prisoner Name: | Facility: | Lock: | Date: |
|---|---|---|---|---|
| 128267 | Ward | MRF | 3-110B | 6/20/17 |

| Reporting Staff Member Name (PRINT): | Title: | Reporting Staff Member Signature: |
|---|---|---|
| Wysong | CO | |

Nature of Hearing (Property disposition, restriction, etc):

Property Disposition

Reason for Hearing (Describe events leading to this requested action. If property is involved, list all items and explain why taken):

Prisoner Ward 128267 came in from Adrian Correctional Facility (ARF) on 5/23/2017. Ward's typewriter came in on 5/25/2017 as catch-up property and was NOI'd by ARF. I did a routine shakedown of prisoner Ward 128267 typewriter and ribbon cartridges. I noticed that all ( 37 ) cartridges had sctotch tape on the sides of them as though it was holding the front and the back pieces together. The ribbon cartridges opened freely and I found 3 tattoo needles, several pieces of metal. Looking inside the boxes the cartridges came in I found 2 tweezers. I looked at his typwriter and found a tattoo motor. Ward did not have have authorization to bring the items into a secure facility or to possess the items. Furthermore, Ward altered the typewriter and the 37 ribbon cartridges from their original state with the intent to conseal tattoo needles and a motor.

Proposed Disposition (Indicate what action you believe should be taken to address/resolve the above matter):

NOTE:  Property dispositions are limited to the following:

- [ ] Photograph & return to prisoner it belongs to (except money/postage)
- [ ] Money/Postage - Turn over to PBF
- [ ] Store up to 30 calendar days for pick up _____
- [ ] Donate to charity as approved by the warden (property only)
- [ ] Mail at prisoner expense to person identified by prisoner
- [x] Destroy (set forth reason below)

NOTE: Non-property dispositions:

- [ ] Telephone restriction _____ days begins _____ ends midnight _____
- [ ] Remove from following program: _____
- [ ] Remove $_____ from prisoner's account (indicate reason below)
- [ ] Other (explain below)

Additional Information (cite relevant rule, policy directive, procedure or justification):

PD 04.07.112 paragragh Y states in part, "Any property that is damaged or altered shall be specifically identified on the receipt by staff at the sending facility, who also shall issue a Notice of Intent to Conduct an Administrative Hearing".

- [ ] I understand and agree with the proposed disposition stated above and waive the right to a hearing.
  (to be checked ONLY if prisoner agrees with proposed disposition and does NOT wish to have a hearing).

OR

- [x] I request a hearing. I have received a copy of this report. My signature does not necessarily mean that I agree with the report (to be checked ONLY if prisoner wishes to have a hearing).

| I waive the 24 hour notification of hearing requirements. | Prisoner's Signature: | Date: |
|---|---|---|
| [ ] | M. Ward | 6/22/17 |

Copy personally handed to prisoner on this date by the following staff member:

| Staff Member Name (PRINT): | Title: | Staff Member Signature | Date: |
|---|---|---|---|
| A/Sgt. Uppleger | A/Sgt. | | 6/22/17 |

Distribution:  [ ] Record Office File   [ ] Counselor File   [ ] Prisoner

MICHIGAN DEPARTMENT OF CORRECTIONS
**CONTRABAND REMOVAL RECORD**

CSJ-284
12/01
4835-3284

| Date:<br>**06/20/2017** | Time:<br>**15:15** | Staff Member's Name:<br>**C/O Wysong** | | Badge Number: |
|---|---|---|---|---|
| Prisoner Name:<br>**Ward** | Prisoner Number:<br>**128267** | | Lock:<br>**3-110B** | Facility:<br>**MRF** |

Location Contraband Found: **Property room**

| ITEM | DESCRIPTION AND REASON FOR CONFISCATION (Describe Fully): |
|---|---|
| 1 | **Typewriter** |
| 2 | **37 ribbon cartridges** |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| ☒ SECURED IN   OR   ☐ TURNED OVER TO: **property room** | Date: **06/20/2017** | Time: **19:00** |
|---|---|---|
| FOR | | |
| ☒ HEARING   OR   ☒ INSPECTION | | |
| ☐ RETURNED TO PRISONER AFTER INSPECTION & WITHOUT ACTION TAKEN | Date: | Time: |

Prisoner - Print Name:                                        Signature:

DISTRIBUTION:   ☐ File Copy   ☐ Attached to NOI/Misconduct Report   ☐ Prisoner   ☐ With Contraband

MICHIGAN DEPARTMENT OF CORRECTIONS
**CONTRABAND REMOVAL RECORD**

CSJ-284
12/01
4835-3284

| Date:<br>**06/20/2017** | Time:<br>**15:15** | Staff Member's Name:<br>**C/O Wysong** | Badge Number: |
|---|---|---|---|

| Prisoner Name:<br>**Ward** | Prisoner Number:<br>**128267** | Lock:<br>**3-110B** | Facility:<br>**MRF** |
|---|---|---|---|

Location Contraband Found: **In Ward's typwriter and ribbon cartridges**

| ITEM | DESCRIPTION AND REASON FOR CONFISCATION (Describe Fully): |
|---|---|
| 1 | **2 metal Tweezers** |
| 2 | **3 tattoo needles** |
| 3 | **1 tattoo motor** |
| 4 | **Several pieces of metal** |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

☒ SECURED IN   OR   ☐ TURNED OVER TO: **MSP Locker**    Date: **06/20/2017**   Time: **19:00**

FOR

☐ HEARING   OR   ☒ INSPECTION

☐ RETURNED TO PRISONER AFTER INSPECTION & WITHOUT ACTION TAKEN    Date:   Time:

Prisoner - Print Name:    Signature:

DISTRIBUTION:   ☐ File Copy   ☐ Attached to NOI/Misconduct Report   ☐ Prisoner   ☐ With Contraband

MICHIGAN DEPARTMENT OF CORRECTIONS

CONTRABAND REMOVAL RECORD

CSJ-284
12/01
4835-3284

| Date: 06/20/2017 | Time: 15:15 | Staff Member's Name: C/O Wysong | Badge Number: |
|---|---|---|---|

| Prisoner Name: Ward | Prisoner Number: 128267 | Lock: 3-110B | Facility: MRF |
|---|---|---|---|

Location Contraband Found: Property room

| ITEM | DESCRIPTION AND REASON FOR CONFISCATION (Describe Fully): |
|---|---|
| 1 | Typewriter |
| 2 | 37 ribbon cartridges |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| ☒ SECURED IN   OR   ☐ TURNED OVER TO: property room | Date: 06/20/2017 | Time: 19:00 |
|---|---|---|
| FOR | | |

☒ HEARING   OR   ☒ INSPECTION

| ☐ RETURNED TO PRISONER AFTER INSPECTION & WITHOUT ACTION TAKEN | Date: | Time: |
|---|---|---|

Prisoner - Print Name:                                    Signature:

DISTRIBUTION:   ☐ File Copy   ☐ Attached to NOI/Misconduct Report   ☐ Prisoner   ☐ With Contraband