Date: 1/15/19

Re: Ward v Wolfenbarger, et al.
    Case#: 03-cv-72701 (AJT)



FILED
JAN 18 2019
CLERK'S OFFICE
DETROIT

Dear Dep Court Admin., Ms. Maureen Flavin:

Please look into the below two matters at your earliest convenience and get back to me with written response. You are appreciated.

A. This is a 2254 habeas corpus action before Judge Tarnow. I note, as does the DOCKET ENTRIES, that several motions remain pending, and have yet to be ruled on.

1. Is the present so-called GOVERNMENT SHUT DOWN adversely affecting the progress/rulings on the pending motion matters? If so, to what extent? Is the government shutdown having an effect on the progress of this case, be it rulings on motions, and/or other? I was told by a friend that Trump's government shut down is cause of no movement/progress in the federal courts, especially in civil matters (noting: habeas corpus is considered "civil" - Mayle v Felix, ___ US ___).

2. Would you look into the matter of all pending motions, starting with I believe Dkt# 301, et al., and try and find out if and when anyone of the motions might be ruled upon, with focus on a recent motion filed by MAAG Linus Banghart-Linn 12/13/18 seeking extension of time to file a brief.

---

Your assistance in this regard will be greatly appreciated. NOTE: I am a prisoner and unable to make phone calls to the court's staff for the answers I seek herein.

Respectfully yours,

*[signature]*

Michael Ward #128267
Macomb Corr Fac
34625 26 Mile Rd.
New Haven, MI 48048

Petitioner

cc: file

Prisoner Name: Michael Ward
Prisoner Number: 128267
MACOMB CORRECTIONAL FACILITY
34625 26 Mile Rd.
New Haven, MI 48048

RECEIVED
JAN 22 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

Ms. Maureen Flavin
Deputy Court Administrator
U.S. District Court, ED MI
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 505
Detroit, MI 48226

RECEIVED
JAN 18 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

1-18-19

US POSTAGE PITNEY BOWES
ZIP 48048
$ 000.47
0000344109 JAN 15 2019