UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WARD,

    Petitioner,

v.

HUGH WOLFENBARGER, et al.,

    Respondents.
_____/

CASE NO. 03-CV-72701

HON. ARTHUR J. TARNOW
Senior USDJ

FILED
CLERK'S OFFICE

SEP 2 7 2019

U.S. DISTRICT COURT
EASTERN MICHIGAN

## PETITIONER'S MOTION FOR COURT TO TAKE ADJUDICATIVE ACTION RE: 8/7/19 ORDER "RESCINDING ANY ORDERS STRIKING PETITIONER'S PREVIOUS PRO-SE MOTIONS"

Petitioner, MICHAEL WARD, pro-se, moves this Honorable Court to honor it's 8/7/19 Op/Ord, p. 10, ¶ 1, and take adjudicative action on all pro-se motions that were previously ordered "stricken." Specifically as the motions pertain to subject matters: of DISCOVERY, RECONSIDERATION, to COMPEL, and to SHOW CAUSE.

1. See, Docket Entries #237, 238, 242, 244, 246.

2. These motions are relevant and material to Petitioner's pending MOTION FOR RECONSIDERATION (of 8/7/19 Op/Ord). Dkt# 357

3. Those motions are restated and incorporated herein in their entirety.

4. If the Clerk had deleted those motions from the electronic system (computer system), note that Petitioner had served a "hard" copy of same upon the Honorable Arthur J. Tarnow (as a "judge's copy").

5. Respondent filed a motion to strike Petitioner's pro-per pleadings. Dkt# 235. The Court initially granted that motion. Dkt#

255.   On 8/7/19 this Court ordered _rescision_ of it's previous order striking any of Petitioner's _pro-se_ motions; but as of date has never ruled on any of the motions. Dkt# 355

a) Petitioner believes that the granting of one or more of those motions could have an effect on the outcome of the pending motion for reconsideration (of 8/7/19 Op/Ord), favoring Petitioner, and therefore the stricken motions and any ruling on any or all of them does not render them _moot_.

WHEREFORE, the foregoing, Petitioner prays the Court grant his motion, fashion and take appropriate action, accordingly.

9/24/19

Respectfully submitted,

Michael Ward #128267
Macomb Corr Fac
34625  26 Mile Rd
Lenox Twp., MI 48048

Petitioner/Pro-per

Date: 9/24/19

Re: Ward v Wolfenbarger, et al.
    Case#: 03-cv-72701 (AJT)

Dear Clerk & Judge Tarnow:

ENCLOSED for filing and the Court's consideration is one (1) original of the below pleading.  On this date, by way of separate mailing I have mailed a "judge's copy" to Judge Tarnow's chambers.

1. PETITIONER'S MOTION FOR COURT TO TAKE ADJUDICATIVE ACTION, RE: 8/7/19 ORDER "RESCINDING ANY ORDERS STRIKING PETITIONER'S PREVIOUS PRO-SE MOTIONS";

2. Certificate/Proof of Service - See herein below.

Thank you for your time and assistance in processing this matter.

Sincerely,

Michael Ward #128267
Macomb Corr Fac
34625  26 Mile Rd
Lenox Twp., MI 48048

Petitioner/Pro-per

## CERTIFICATE/PROOF OF SERVICE

I, MICHAEL WARD, Petitioner herein, certify and declare under penalty of perjury that on 9/24/19, I placed a copy of the above identified "PETITIONER'S MOTION FOR COURT TO TAKE ADJUDICATIVE ACTION, RE: 8/7/19 ORDER 'RESCINDING ANY ORDERS STRIKING PETITIONER'S PREVIOUS PRO-SE MOTIONS,'" in the U.S. Mail, 1st class postage prepaid, addressed to the presiding judge, and opposing counsel of record: HONORABLE Arthur J. Tarnow, Senior USDJ, U.S. District Court, E.D. Mich., Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 124, Detroit, MI 48226; and LINUS BANGHART-LINN, Asst Mich Attorney General, Criminal Appellate Division, P.O. Box 30217, Lansing, MI 48909.

28 USC § 1746

Michael Ward #128267
Affiant/Petitioner

Name: **Michael Ward**   # __128267__

MACOMB CORRECTIONAL FACILITY
34625  26 Mile Road
~~New Haven~~, MI 48048
Lennox Twp.,

CLERK of the Court
U.S. District Court, E.D. Mich.
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 564
Detroit, MI 48226

48226-271839

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SEP 27 2019

U.S. POSTAGE >> PITNEY BOWES

ZIP 48048
02 4W
$ 000.50°
0001103582  SEP 25 2019