UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WARD,

    Petitioner,

v.

HUGH WOLFENBARGER, et al.,

    Respondents.
_____/

CASE NO. 03-CV-72701

HON. ARTHUR J. TARNOW
Senior USDJ

FILED
NOV - 4 2019
CLERK'S OFFICE
DETROIT

## PETITIONER'S EX PARTE REMINDER/NOTICE OF PENDING MOTION FOR RECONSIDERATION IN NEED OF RULING

Petitioner, MICHAEL WARD, pro-se, respectfully reminds the Court there are several MOTIONS pending, and in need of ruling, commencing with Dkt# 356.

More specifically, on 8/16/19 Petitioner's MOTION FOR RECONSIDERATION (of 8/7/19 Op/Ord) was filed Dkt# 357 (Motion for Reconsideration; or in the alternative, to Amend Judgment, or Make Additional Factual Findings); followed by several ancillary/related motions (Dkt#'s 358, 359, 365, 369, 371, 373).

Of import, is Dkt# 372 (SUPPLEMENT TO PENDING MOTION FOR RECONSIDERATION OFFERING A REALISTIC & EQUITABLE SOLUTION).

The Motion for Reconsideration carries great merit, as supplemented with relevant authorities (Dkt# 361, 362, 363, 366), and supplemental documentation (Dkt# 367).

Further, Petitioner has filed formal OBJECTIONS to Respondent's "Certificate of Compliance," (Dkt# 364, 370), and a supplement of documents in further support of those objections (Dkt# 374).

Respectfully submitted,

_Michael Ward_
Michael Ward #128267
Macomb Corr Fac
34625  26 Mile Rd
Lennox Twp., MI 48048

Petitioner/Pro-per

Date: 10/31/19

cc: file
    Judge Tarnow's Chambers
    Court Administrator ✓
    Clerk of the Court



10/31/19

Name: Michael Ward    #128267
MACOMB CORRECTIONAL FACILITY
34625 26 Mile Road
~~New Haven~~, MI 48048
Lennox Twp.,



METROPLEX
MI 480
01 NOV '19
PM 7 L

Court Administrator
U.S. District Court, E.D. Mich.
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., 5th Floor
Detroit, MI 48226

48226-277758



RECEIVED
NOV 04 2019
U.S. CLERKS OFFICE
DISTRICT COURT