UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED JAN -9 2020 CLERK'S OFFICE DETROIT

MICHAEL WARD,

    Petitioner,

v.

HUGH WOLFENBARGER, et al., 1/

    Respondent's.

CASE NO. 03-cv-72701

HON. ARTHUR J. TARNOW
Senior U.S. Dist Ct Judge

PRO-PER ORAL ARGUMENT & EVIDENTIARY HEARING REQUESTED

[Writ to Issue to Have Prisoner Brought to Court]

Concurrence in this motion has not been sought because the movant is an incarcerated prisoner proceeding pro-se. ED L.R. 7.1(a)(C).

### PETITIONER'S MOTION REQUEST FOR ORDER TO RE-OPEN THIS CASE AS ACTIVE, and TO CONDUCT FORMAL INVESTIGATIVE HEARING ON MATTER OF FRAUDULENTLY TAMPERING WITH AND FALSIFYING U.S. DISTRICT COURT RECORDS

    It has come to Petitioner's attention that a person or person's have fraudulently tampered with and falsified the records (docket entry) to show this case as "CLOSED." Petitioner has reason to believe Respondent's counsel(s), John S. Pallas and Linus R. Banghart-Linn may be involved in the illicit incident.

    On 8/7/19 the Court entered its Op/Ord (Dkt# 355). On 8/16/19 the Clerk filed Petitioner's timely MOTION FOR RECONSIDERATION (of 8/7/19 Op/Ord)(Dkt# 357). To Petitioner's extreme prejudice, the Court has made no ruling post 8/7/19 on the motion for reconsideration, or any of the <u>numerous</u> other motions and pleadings filed thereafter, noting the last entry is #390. Petitioner speculates the reason being that someone with access to the Court record system (or access to a staff member who has such access), has

---

<u>1/</u> Hugh Wolfenbarger was Warden at time of filing this habeas petition. The <u>Acting</u> Warden is currently "Willis Chapman".

fraudulently altered the record (docket entry) to falsely show this case as being "CLOSED."

Specifically, the docket sheet printed 7/9/19 correctly shows this case as "active"; however, subsequent print outs of the docket sheet (10/7/19 & 11/4/19) identify this case as being "CLOSED." On 11/4/19 the Court Administrator identified this case as being "closed," by attaching to Petitioner's 10/31/19 letter of complaint of "overdue rulings on motions," a copy of the docket entry printed 11/4/19, the word "CLOSED" in bright RED LETTERING.

On 1/3/2020 Petitioner, in the company of his "next friend" brother (Ken Ward) attempted to reach Judge Tarnow's chamber staff by phone, without success.

Petitioner requests he be writted out for personal appearance in the Courtroom, for purpose of conducting a formal hearing on the matter, in attempt to identify the perpetrator's; and the issuance of appropriate sanction.

WHEREFORE, good cause having been shown, Petitioner prays his motion be granted, and the Court promptly set a date and time for hearing, requiring Petitioner's presence and advance notice of such hearing. Petitioner further prays this Court instruct its staff to immediately take all measures to allow the record (docket entry - face page) to show this case remains OPEN/ACTIVE; and that the Court (Judge Tarnow) will <u>personally</u> take action in addressing all pending motions and pleadings Dkt#'s 356-390.

Respectfully submitted,

*/s/ Michael Ward*

Michael Ward #128267
Macomb Corr Fac
34625  26 Mile Rd
Lenox Twp., MI 48048

Date: 1/6/2020

Petitioner/Pro-per

Date: 1/6/2020

Re: Ward v Wolfenberger, et al.
    Case#: 03-cv-72701 (AJT)

Dear Clerk & Judge Tarnow:

ENCLOSED for filing and the Court's consideration is one (1) original of the below pleading. On this date, by way of separate mailing I have mailed a "judge's copy" to Judge Tarnow's chambers.

   1. PETITIONER'S MOTION REQUEST FOR ORDER TO RE-OPEN THIS CASE AS ACTIVE, and TO CONDUCT FORMAL INVESTIGATIVE HEARING ON MATTER OF FRAUDULENT TAMPERING WITH AND FALSIFYING U.S. DISTRICT COURT RECORDS; and

   2. Certificate/Proof of Service - See herein below.

Thank you for your time and assistance in processing this matter.

Sincerely,

Michael Ward #128267
Macomb Corr Fac
34625  26 Mile Rd
Lenox Twp., MI 48048

Petitioner/Pro-per

## CERTIFICATE/PROOF OF SERVICE

   I, MICHAEL WARD, Petitioner herein, certify and declare under penalty of perjury that on 1/6/2020, I placed a copy of the above identified PETITIONER'S MOTION REQUEST FOR ORDER TO RE-OPEN THIS CASE AS ACTIVE, and TO CONDUCT FORMAL INVESTIGATIVE HEARING ON MATTER OF FRAUDULENT TAMPERING WITH AND FALSIFYING U.S. DISTRICT COURT RECORDS; and herein Certificate/Proof of Service, in the U.S. Mail, 1st class postage prepaid, addressed to the presiding judge, and opposing counsel of record: HONORABLE Arthur J. Tarnow, Senior USDJ, U.S. District Court, E.D. Mich., Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 124, Detroit, MI 48226; and LINUS BANGHART-LINN, Asst Mich Attorney General, Criminal Appellate Division, P.O. Box 30217, Lansing, MI 48909.

28 USC § 1746

Michael Ward #128267
Affiant/Petitioner

Prisoner Name: Michael Ward
Prisoner Number: 128267
MACOMB CORRECTIONAL FACILITY
34625 26 Mile Rd.
~~New Haven~~, MI 48048
Lenox Twp.,

RECEIVED
JAN - 9 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

1/7/2020 MM

CLERK of the Court
U.S. District Court, E.D. Mich.
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 564
Detroit, MI 48226

48226-271899