Date: 4/6/20

Re: Michael Ward v Hugh Wolfenbarger, 2:03-cv-72701 (AJT)

    Michael Ward v Patrick Warren, 2:19-cv-12543 (AJT)

Dear Mr. Weaver:

    1. Please see the enclosed 4/6/20 letter I wrote to and sent CA6 Senior Case Mgr, Patricia Elder for that NEEDED CORRECTION

    2. There have been <u>several</u> motions, some of which are emergency motions that have been on the docket now for several months. Would you inquire as to WHY Judge Tarnow has not ruled on any of them, in both habeas actions cited above.

    One of the motions is an EMERGENCY COVID 19 MOTION FOR RELEASE ON HABEAS CORPUS OR BOND, given we now have 16 confirmed Covid 19 cases here at the Macomb prison, and we remain under lockdown/quaranteen, and I am a fragile 69 yr old man, with a medical respiratory (COPD) and enlarged prostate history.

Thank you,

_Michael Ward_ #128267
Macomb Corr Fac
34625  26 Mile Rd.
Lenox Twp., MI 48048

Petitioner-Appellant/Pro-per

cc: file

Date: 4/6/20

Ms. Patricia Elder
Senior Case Manager
UNITED STATES COURT OF APPEALS
for the Sixth Circuit
100 East Street, Room 538
Potter-Stewart U.S. Courthouse
Cincinnati, OHIO  45202-3988

SUBJECT: CASE# TYPOGRAPHICAL ERROR IN YOUR 3/31/20 LETTER


Dear Ms. Elder:

    Please make the appropriate corrections in your files, and notify all appropriate parties of your error.

    Specifically, I sent you a "Second Amended" Notice of Appeal; and in your 3/31/20 letter you cite as the Dist Ct case number 2:03-cv-**72711**, Michael Ward v Warden.
    In fact the correct last 5 digit number is **72701**, and the case caption has always been cited in all District Court orders, as Michael Ward v Hugh Wolfenbarger, Warden, #2:03-cv-72701.

    I am happy to bring this mistake to you attention, and trust you will make all appropriate corrections, and notify all parties to whom you previously gave the misinformation.

Very truly yours,

*/s/ M. Ward*
Michael Ward #128267
Macomb Corr Fac
34625  26 Mile Rd.
Lenox Twp., MI 48048

Petitioner-Appellant/PRO-PER

cc: D.J. Weaver, Clerk, USDC, EDMI
    file


P.S. Also NOTE and make corrections in your files, with notification on the parties, that case mgr Jill Colyer MISCAPTIONED the releated two other appeals as Michael C. Ward v Willis Chapman, Warden, CA6: 20-1056 & 20-1093. Willis Chapman is only a short term "ACTING" Warden at this prison. And to avoid confusion, and to make it easier to follow the case history, as a matter of practice, IN THE PAST, whenever I have appealed in this case, the CAPTION in the CA6 has remained as that used by the District Court, i.e., Michael Ward v Hugh Wolfenbarger. PLEASE MAKE THAT CORRECTION IN THE CASE FILES AS WELL, and so notify the parties.

Michael Ward #128267
Macomb Correctional Facility
34625  26 Mile Rd.
Lenox Twp., MI 48048

1st class

4-7-20



U.S. POSTAGE >> PITNEY BOWES

ZIP 48048
02 4W
0000344109 $ 000.50°
APR 07 2020

To:

Mr. David J. Weaver, Clerk
U.S. District Court, ED Mich.
231 W. Lafayette Blvd., Fifth Fl
Theodore Levin U.S. Courthouse
Detroit, MI 48226

RECEIVED
APR 29 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-277758

